August 22, 2008

Honorable Sandra J. Feuerstien
100 Federal Plaza
Central Islip, NY, 11722

Re: Case Number: 07-CV-3864(SJF)(WDW)
Rafael Cruz v. Town of Southampton

## PLAINTIFF OPPOSITION TO DISMISS

Honorable Judge Sandra J. Feuerstein:

On July 31, 2008 The Court submitted an ORDER TO SHOW CAUSE for this case and to give reasons for why there has been no activity with this case. My attorney Scott Micheal Mishkin, PC will no longer represent me because he wants an additional $10,000.00 dollars to continue with case and I can not afford that sum please give me an extension of time to find new legal representation. I believe my case should be given an opportunity to be heard because I have a cause to show, please do not dismiss case.

Thank you

Rafael Cruz
Plantiff

Po Box Correo general

La Plata, Puerto Rico oo786

Tel # 1787-205-1970

CC; Magistrade Judge William D. Wall

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
RAFAEL CRUZ,

                  Plaintiff,

-against-                    **ORDER TO SHOW CAUSE**
                                              07-CV-3864 (SJF)

THE TOWN OF SOUTHAMPTON, ET AL.,

                  Defendants.
-------------------------------------------------------------

**FEUERSTEIN, J.**

On December 28, 2007, Plaintiff Rafael Cruz ("Plaintiff") filed an Amended Complaint against all Defendants. (See doc. #2.) A review of the docket does not indicate service of the Amended Complaint or activity in the case after December 28, 2007. On July 15, 2008, the Court issued an Order directing the Plaintiff to advise the Court of the status of the case. (See doc. #3.) On July 30, 2008, Plaintiff's counsel filed a letter with the Court stating an inability to contact the Plaintiff. Therefore,

IT IS HEREBY ORDERED that, within thirty (30) days of the date of this Order, Plaintiff shall personally show cause why his case should not be dismissed for failure to prosecute. See Federal Rule of Civil Procedure 41(b). **PLAINTIFF'S FAILURE TO RESPOND TO THIS ORDER SHALL BE DEEMED A BASIS TO DISMISS THIS ACTION.**

Plaintiff's counsel is directed to serve a copy of this Order upon Plaintiff and file proof thereof.

**SO ORDERED.**

                                                           _/s/ Sandra J. Feuerstein_
                                                           Sandra J. Feuerstein
                                                          United States District Judge

DATED:     Central Islip, New York
                 July 31, 2008

**Scott Michael Mishkin, PC** ATTORNEY
One Suffolk Square
Suite 240
Islandia, New York 11749

7006 2150 0001 2022 6763

CERTIFIED MAIL

Rafael Cruz
P.O. Box Correo General
LaPlata, Puerto Rico, 00786

Name
1st Notice 8-15
2nd Notice
Return





UNITED STATES POSTAGE
$004.67⁰
PITNEY BOWES
0004568357  AUG 11 2008
MAILED FROM ZIP CODE 11749

# S|M|M
## Scott Michael Mishkin, PC ATTORNEYS AND COUNSELORS AT LAW

Scott Michael Mishkin, Esq.

One Suffolk Square
Suite 240
Islandia, New York 11749
Tel. 631-234-1154
Fax. 631-234-5048

*Via Certified Return Receipt requested U.S. Mail*

August 11, 2008

Rafael Cruz
P.O. Box Correo General
LaPlata, Puerto Rico, 00786

Thirty-Four Pantigo Road
East Hampton, New York 11937
Tel. 631-907-3009
Fax. 631-324-3622

Re:   CV-07-3864(SJF)(WDW)
      Cruz v. Town of Southampton, et al.

Dear Mr. Cruz:

Enclosed please Judge Feuerstein's July 31, 2008, Order as for and in regard to your above referenced matter.

Pursuant to Judge Feuerstein's Order, within thirty (30) days of said Order, you must personally show cause shy this case should not be dismissed for failure to prosecute.

As such, please immediately contact me upon your receipt this correspondence.

Your consideration is appreciated.

Very truly yours,

Scott Michael Mishkin
Enclosure

Honorable Sandra J. Feuerstein
100 Federal Plaza
Central Islip, N.Y.
11722

Rafael A. Cruz
Torres General
La Plata P.R. 00586

Copy# 07-CV-386 4(SJF)(WDW)